January 27, 2006

U.S. District Court
District of New Jersey
MLK, Jr. Federal Bldg & Courthouse
Newark, NJ  07102

              RE:    United States of America  vs  Jose Torres
                      Cr. No. 02-192

Dear Clerk:

      Pursuant to Transfer of Jurisdiction of Probation, we herewith enclose a certified copy of the following;

           Indictment
           Judgment
           Docket Sheet

      Kindly acknowledge receipt on the copy of the letter provided.

                                        Very truly yours,

                                        MICHAEL E. KUNZ
                                        Clerk of Court

                                        By:_____
                                        James Hamilton, Deputy Clerk

c:

Received above material or record file this    day of    , 20  .

                                                    Signature: _____
                                                    Date: _____

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:02CR00192-01

CASE NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jose Torres<br>28th Avenue<br>Port Imperial, Apt. 134<br>West New York, New Jersey | Eastern District of Pennsylvania | |

NAME OF SENTENCING JUDGE

Bruce W. Kauffman

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10-8-04 | TO 10-7-07 |
|---|---|---|

OFFENSE: Counterfeit Currency of the United States; Dealing in Counterfeit United States Currency; and Possessing Counterfeit United States Currency

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/2/05
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/11/06
Effective Date

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 02-192 |
| v. | : | DATE FILED: _____ |
| JOSE TORRES,<br>a/k/a "Crime" | : | VIOLATIONS: 18 U.S.C. § 471<br>(Counterfeiting currency of the United States - 1 count)<br>18 U.S.C. § 473<br>(Dealing in counterfeit United States currency - 4 counts)<br>18 U.S.C. § 472<br>(Possessing counterfeit United States currency - 1 count)<br>Notice of Forfeiture |

FILED

MAR 2 8 2002

MICHAEL E. KUNZ, Clerk
By: _____ Dep. Cl

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

Between on or about February 2, 2002 and on or about February 27, 2002, at Reading, Pennsylvania, in the Eastern District of Pennsylvania, defendant

JOSE TORRES,
a/k/a "Crime,"

knowingly and intentionally, with intent to defraud, falsely made, forged, and counterfeited obligations and securities of the United States, that is, over $70,000 in counterfeit Federal Reserve Notes, using computer equipment, digitally scanned images of Federal Reserve Notes, and a computer printer.

In violation of Title 18, United States Code, Section 471.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-27-06
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## COUNTS TWO THROUGH FIVE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about the following dates, at Reading, Pennsylvania, in the Eastern District of Pennsylvania, defendant

JOSE TORRES,
a/k/a "Crime,"

knowingly sold, transferred, and delivered counterfeit obligations of the United States, that is, counterfeit Federal Reserve Notes, with the intent that the counterfeit Federal Reserve Notes be passed, published, and used as true and genuine:

| COUNT | DATE | AMOUNT DELIVERED |
|---|---|---|
| 2 | February 5, 2002 | $ 1,480 |
| 3 | February 12, 2002 | $ 1,360 |
| 4 | February 20, 2002 | $    200 |
| 5 | February 27, 2002 | $49,800 |

In violation of Title 18, United States Code, Section 473.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 27, 2002, at Reading, Pennsylvania, in the Eastern District of Pennsylvania, defendant

### JOSE TORRES,
a/k/a "Crime,"

knowingly and intentionally, with intent to defraud, kept in his possession falsely made, forged, and counterfeited obligations and securities of the United States, that is, over $20,000 in counterfeit Federal Reserve Notes.

In violation of Title 18, United States Code, Section 472.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 471, 472 and 473 as set forth in Counts One through Six of this Indictment, defendant

JOSE TORRES,
a/k/a "Crime,"

shall forfeit to the United States: (a) pursuant to Title 18, United States Code, Section 492, any and all counterfeits of any coins or obligations of the United States, and any articles, devices and other things made, possessed and used in these violations, and any material or apparatus used or fitted of intended to be used in the making of such counterfeits, articles, devices and things; and (b) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all property, real and personal, constituting and derived from proceeds obtained directly or indirectly as a result of such violations. This property shall include, but not be limited to:

1. All property used to make, forge, counterfeit and alter any obligation and other security of the United States, including, but not limited to: (a) Vega AMD computer, SN AMDK65002000475; (b) Hewlett-Packard office jet copier/scanner/printer, SN SGGI4E08NJ; (c) X-acto paper cutter; and (d) genuine $100 Federal Reserve Note, SN B59400925A, all seized from 1223 Oley Street, Reading, Pennsylvania, on February 27, 2002.

2. All property, real and personal, involved in or traceable to the violation charged in Counts One through Six of this Indictment;

3. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

-4-

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of defendant JOSE TORRES, a/k/a "Crime," up to the value of the forfeiture property listed above.

All pursuant to Title 18, United States Code, Sections 492 and 982, and Title 28, United States Code, Section 2461.

A TRUE BILL:

_____
Foreperson

_____
PATRICK L. MEEHAN
United States Attorney

No. ..........

# UNITED STATES DISTRICT COURT

## Eastern District of Pennsylvania

### Criminal Division

THE UNITED STATES OF AMERICA

vs.

JOSE TORRES, a/k/a "Crime"

## INDICTMENT

18 U.S.C. § 471 (Counterfeiting Currency of the United States - 1 Count)
18 U.S.C. § 473 (Dealing in Counterfeit United States Currency - 4 Counts)
18 U.S.C. § 472 (Possessing Counterfeit United States Currency - 1 Count)
Notice of Forfeiture

A true bill,

..................................
Foreman

Filed in open court this ............ day

of ............ A.D. 20 ............

..................................
Clerk

Bail, $ ............

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania ③

UNITED STATES OF AMERICA
v.
JOSE TORRES

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 02-CR-192-1

USM Number: 56103-066

E. Cohen
Defendant's Attorney

**FILED**
MAY 20 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**THE DEFENDANT:**

X pleaded guilty to count(s) 1,2,3,4,5,6,

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C.: 471 | Counterfeiting Currency of the United States | 2/27/02 | 1 |
| 18 U.S.C.: 473 | Dealing in Counterfeit United States Currency | 2/27/02 | 2,3,4,5 |
| 18 U.S.C.: 472 | Possessing Counterfeit United States Currency | 2/27/02 | 6 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**ENTERED**
MAY 21 2004
**CLERK OF COURT**

May 14, 2004
Date of Imposition of Judgment

_signature_
Signature of Judge

Bruce W. Kauffman, U.S. District Court Judge
Name and Title of Judge

5/19/04
Date

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-27-06
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DEFENDANT: JOSE TORRES
CASE NUMBER: 02-CR-192-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 months as to counts 1 to 6 to run concurrently

- [X] The court makes the following recommendations to the Bureau of Prisons:
  The defendant serve the remainder of his sentence in a "Camp" facility

- [X] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ ☐ a.m. ☐ p.m. on _____
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before 2 p.m. on _____
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page ____ of ____

DEFENDANT: JOSE TORRES
CASE NUMBER: 02-CR-192-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JOSE TORRES
CASE NUMBER: 02-CR-192-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 600.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

TOTALS   $ _____   $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JOSE TORRES
CASE NUMBER: 02-CR-192-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  **X**  Lump sum payment of $ __600.00__ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:02-cr-00192-BWK-ALL
### Internal Use Only

Case title: USA v. TORRES
Magistrate judge case number: 2:02-mj-00156

Date Filed: 03/28/2002

Assigned to: Judge BRUCE W. KAUFFMAN

**Defendant**

JOSE TORRES (1)
*TERMINATED: 05/20/2004*
also known as
CRIME
*TERMINATED: 05/20/2004*

represented by **EDSON A. BOSTIC**
DEFENDER ASSOCIATION OF
PHILADELPHIA
FEDERAL DIVISION
SUITE 540 W, THE CURTIS CENTER
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106
215-928-1100
Fax: 215-928-0822
Email: edson_bostic@fd.org
*TERMINATED: 07/18/2003*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**ELLIOT M. COHEN**
SAVINO, LOUIS T. & ASSOC.
15TH & JFK BLVD.
SUTIE 1516, TWO PENN CENTER
PHILA, PA 19102
*TERMINATED: 12/10/2004*
*LEAD ATTORNEY*
*Designation: Retained*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-27-06
ATTEST: [signature]
DEPUTY CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Pending Counts**

18:471 COUNTERFEITING CURRENCY
OF THE UNITED STATES
(1)

18:473 DEALING IN COUNTERFEIT
UNITED STATES CURRENCY
(2-5)

18:472 POSSESSING COUNTERFEIT
UNITED STATES CURRENCY
(6)

**Disposition**

18 MONTHS IMPRISONMENT, 3 YEARS
SUPERVISED RELEASE, 600.00 SPECIAL
ASSESSMENT

18 MONTHS IMPRISONMENT, 3 YEARS
SUPERVISED RELEASE, 600.00 SPECIAL
ASSESSMENT

18 MONTHS IMPRISONMENT, 3 YEARS
SUPERVISED RELEASE, 600.00 SPECIAL
ASSESSMENT

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Falsely made, forged and counterfeited obligations in violation of 18:471; Transfer of counterfeited obligations in violation of 18:473. [ 2:02-m -156 ]

**Disposition**

**Plaintiff**

USA

represented by **JOAN L. MARKMAN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILA, PA 19106-4476
TEL 215-861-8200
Fax: FAX 215-861-8618
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2002 | 1 | Complaint as to JOSE ALFONSO TORRES with affidavit of Matthew Rosenberg, U.S. Secret Service. [ 2:02-m -156 ] (rs) (Entered: 02/28/2002) |
| 02/27/2002 | | Arrest Warrant issued as to JOSE ALFONSO TORRES . [ 2:02-m -156 ] (rs) (Entered: 02/28/2002) |
| 02/28/2002 | | Initial appearance as to JOSE ALFONSO TORRES HELD (Defendant informed of rights.) [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 02/28/2002 | 2 | Minute entry as to JOSE ALFONSO TORRES re: Bail set at $10,000-O/R. (JPH) [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 02/28/2002 | 3 | ORDER APPOINTING DEFENDERS ASSOCIATION OF PHILADELPHIA for JOSE ALFONSO TORRES . ( SIGNED BY MAGISTRATE JUDGE JACOB P. HART ), 3/1/02 ENTERED AND COPIES MAILED AND FAXED. [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 02/28/2002 | 4 | ORDER SETTING CONDITIONS OF RELEASE as to JOSE ALFONSO TORRES. BAIL IS SET AT $10,000 O/R, WITH CONDITIONS. ( SIGNED BY MAGISTRATE JUDGE JACOB P. HART ), 3/1/02 ENTERED AND COPIES MAILED AND FAXED. [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 02/28/2002 | | O/R Bond entered by JOSE ALFONSO TORRES in the Amount of $ 10,000.. [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |

1/27/2006 10:12

| | | |
|---|---|---|
| 02/28/2002 | | **Added Government Attorney JOAN L. MARKMAN [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 02/28/2002 | | **Added for JOSE ALFONSO TORRES Attorney DEF. ASSOC. [ 2:02-m -156 ] (rs) (Entered: 03/01/2002) |
| 03/28/2002 | | **Indictment filed in Criminal Case. [ 2:02-m -156 ] (jh) (Entered: 03/29/2002) |
| 03/28/2002 | 5 | Indictment as to JOSE ALFONSO TORRES (1) count(s) 1, 2-5, 6 (fe) (Entered: 03/29/2002) |
| 03/28/2002 | | *** Allentown/Reading Flag (fc) (Entered: 03/29/2002) |
| 03/28/2002 | | **Added Government Attorney JOAN L. MARKMAN (fe) (Entered: 03/29/2002) |
| 03/28/2002 | 6 | MOTION and ORDER for Issuance of Bench Warrant as to JOSE ALFONSO TORRES ( Signed by MAGISTRATE JUDGE THOMAS J. RUETER ) (fe) (Entered: 03/29/2002) |
| 03/28/2002 | | Bench Warrant issued as to JOSE ALFONSO TORRES . (fe) (Entered: 03/29/2002) |
| 03/28/2002 | | **Procedural Interval start P2 as to JOSE TORRES (1) count(s) 1, 2-5, 6 (ar) (Entered: 04/02/2002) |
| 04/10/2002 | 7 | REPORT AND ORDER OF PRETRIAL AAS TO JOSE TORRES ( SIGNED BY MAGISTRATE JUDGE JACOB P. HART ) 04/11/02 ENTERED. (WARRANT ISSUED AT TIME OF INDICTMENT) (ar) (Entered: 04/11/2002) |
| 04/19/2002 | 8 | REPORT OF SPEEDY TRIAL ACT DELAY DATED 4/19/02 THAT THE CALENDARING OF PROCEDURES AS TO JOSE TORRES HAS BEEN DELAYED FOR REASON THAT DEFT IS A FUGITIVE. (SIGNED BY COURTROOM DEPUTY TO Judge BRUCE W. KAUFFMAN) 4/19/02 ENTERED AND COPIES FAXED. (cmc) (Entered: 04/19/2002) |
| 04/22/2002 | | **Excludable XM start as to JOSE TORRES (ar) (Entered: 04/22/2002) |
| 05/20/2002 | 9 | BENCH Warrant Returned Executed as to JOSE TORRES on 2/28/02 . (cmc) (Entered: 05/20/2002) |
| 06/20/2003 | | ***Procedural Interval start as to JOSE TORRES (ar, ) (Entered: 07/10/2003) |
| 06/23/2003 | 10 | CJA 23 Financial Affidavit by JOSE TORRES (dt) (Entered: 06/24/2003) |
| 06/23/2003 | 11 | Minute Entry for proceedings held before Judge CAROL SANDRA MOORE WELLS.Preliminary Revocation Hearing as to JOSE TORRES held on 6/20/2003.Government's motion for continuance granted. Defendant detained pending a detention hearing before Judge Hart on June 25, 2003.Court Reporter esr.(dt) (Entered: 06/24/2003) |
| 06/23/2003 | 12 | ORDER OF TEMPORARY DETENTION OF 6/20/03 AS TO JOSE TORRES THAT A DETENTION HEARING IS SET FOR JUNE 25, 2003 AT 1:30PM BEFORE JUDGE JACOB P. HART IN COURTROOM 5A. PENDING THIS HEARING, THE DEFENDANT SHALL BE HELD IN CUSTODY BY THE UNITED STATES MARSHAL AND PRODUCED FOR THE HEARING. SIGNED BY JUDGE CAROL SANDRA MOORE WELLS. 6/24/03 ENTERED. (dt) (Entered: 06/24/2003) |
| 06/26/2003 | 13 | Minute Entry for proceedings held before Judge JACOB P. HART re: V.O.P.- No bail, Deft is detained pending final hearing.Court Reporter ESR.(cmc) (Entered: 06/27/2003) |

| | | |
|---|---|---|
| 06/26/2003 | 14 | ORDER OF PRETRIAL DETENTION as to JOSE TORRES AS DEFT WAIVED THE RIGHT TO A HEARING AND STIPULATED TO PRETRIAL DETENTION, DEFT IS DETAINED PENDING TRIAL, ETC. Signed by Judge JACOB P. HART on 6/26/03.6/27/03 Entered and Copies Mailed and Faxed. (cmc) (Entered: 06/27/2003) |
| 07/10/2003 | | ***Excludable(s) stopped as to JOSE TORRES (ar, ) (Entered: 07/10/2003) |
| 07/18/2003 | 15 | MOTION OF DEFENDANT JOSE TORRES TO SET BAIL, CERTIFICATE OF SERVICE. (dt) (Entered: 07/18/2003) |
| 07/18/2003 | | Attorney update in case as to JOSE TORRES. Attorney ELLIOT M. COHEN for JOSE TORRES added. Attorney EDSON A. BOSTIC terminated. (dt, ) (Entered: 07/18/2003) |
| 07/18/2003 | 16 | NOTICE OF ATTORNEY APPEARANCE ELLIOT M. COHEN appearing for JOSE TORRES (dt) (Entered: 07/18/2003) |
| 07/18/2003 | 17 | Minute Entry before Judge M. FAITH ANGELL. Arraignment as to JOSE TORRES (1) Count 1,2-5,6 held on 7/17/03. Plea entered by JOSE TORRES. Not Guilty on counts 1,2-5,6. DEFENDANT REMAINS DETAINED.Court Reporter J. WHITFIELD.(dt) (Entered: 07/18/2003) |
| 08/07/2003 | 18 | MOTION OF DEFENDANT JOSE TORRES FOR A CONTINUANCE OF TRIAL, CERTIFICATE OF SERVICE. (DT) Additional attachment(s) added on 8/11/2003 (dt, ). (Entered: 08/07/2003) |
| 08/07/2003 | 19 | Minute Entry for proceedings held before Judge DIANE M. WELSH. Motion Hearing as to JOSE TORRES held on 8/7/2003 re [15] MOTION for Bail filed by JOSE TORRES. MOTION HEARING CONTINUED TO 8/13/2003 01:30 PM IN COURTROOM BEFORE MAGISTRATE CAROL SANDRA MOORE WELLS.Court Reporter J. WHITFIELD, ESR.(dt) (Entered: 08/08/2003) |
| 08/07/2003 | | Terminate Deadlines and Hearings as to JOSE TORRES : (dt) (Entered: 08/08/2003) |
| 08/13/2003 | 20 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO JOSE TORRES. JURY INSTRUCTIONS DUE BY 11/20/2003. JURY TRIAL SET FOR 12/2/2003 10:00 AM. A FINAL PRETRIAL CONFERENCE SET FOR 11/25/2003 04:00 PM IN COURTROOM. VOIR DIRE QUESTIONS DUE BY 11/20/2003.SIGNED BY JUDGE BRUCE W. KAUFFMAN ON 8/13/03.8/14/03 ENTERED AND COPIES MAILED AND FAXED. (dt) (Entered: 08/14/2003) |
| 08/13/2003 | | ***Motions terminated as to JOSE TORRES : 18 MOTION to Continue filed by JOSE TORRES. (SEE PAPER #20) (dt) (Entered: 08/14/2003) |
| 08/18/2003 | 21 | Minute Entry of 8/13/03 as to Jose Torres. RE: Motion Hearing. Defendant's motion to set bail is Denied. Court Reporter: J. Whitfield, Esr. (CSMW)(dt) (Entered: 08/18/2003) |
| 08/18/2003 | 22 | ORDER OF 8/13/03 AS TO JOSE TORRES THAT AFTER A FULL HEARING HELD ON AUGUST 13, 2003, IT IS HEREBY ORDERED THAT DEFENDANT'S (15) MOTION TO SET BAIL IS DENIED. SIGNED BY JUDGE CAROL SANDRA MOORE WELLS. 8/18/03 ENTERED AND COPIES MAILED AND FAXED. (DT) (Entered: 08/18/2003) |
| 08/19/2003 | | ***Excludable started as to JOSE TORRES : (ar, ) (Entered: 08/19/2003) |
| 11/28/2003 | 23 | MOTION OF DEFENDANT JOSE TORRES. (FILED UNDER SEAL). (DT) (Entered: 11/28/2003) |

1/27/2006 10:12

| | | |
|---|---|---|
| 12/01/2003 | | ***Motions terminated as to JOSE TORRES. (DOCUMENT #23) (DT) (Entered: 12/02/2003) |
| 12/01/2003 | 24 | ORDER OF 12/1/03 AS TO JOSE TORRES. (FILED UNDER SEAL) SIGNED BY JUDGE BRUCE W. KAUFFMAN. 12/2/03 ENTERED AND COPIES MAILED AND FAXED. (DT) (Entered: 12/02/2003) |
| 01/12/2004 | 25 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO JOSE TORRES OF 1/12/04 THAT A CRIMINAL JURY TRIAL SHALL BE SET FOR MONDAY, MARCH 1, 2004 AT 10:00AM IN COURTROOM 3A. VOIR DIRE, JOINT PRELIMINARY AND FINAL JURY INSTRUCTIONS, AND JOINT VERDICT FORMS SHALL BE FILED NO LATER THAN MONDAY, FEBRUARY 23, 2004 ETC. SIGNED BY JUDGE BRUCE W. KAUFFMAN. 1/13/04 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS. (DT) (Entered: 01/13/2004) |
| 02/13/2004 | 26 | Minute Entry for proceedings held before Judge BRUCE W. KAUFFMAN. Change of Plea Hearing as to JOSE TORRES held on 2/12/04. Plea entered as to JOSE TORRES (1) Guilty Count Complaint,1,2-5,6. Presentence Report Ordered. Sentencing set for 5/7/2004 10:00 AM in COURTROOM before HONORABLE BRUCE W. KAUFFMAN.Court Reporter M. Beck, Esr.(DT) (Entered: 02/13/2004) |
| 02/13/2004 | 27 | Guilty Plea Agreement as to JOSE TORRES (DT) (Entered: 02/13/2004) |
| 02/23/2004 | | ***Excludable(s) stopped as to JOSE TORRES (ac, ) (Entered: 02/23/2004) |
| 05/20/2004 | 28 | SEALED MOTION AND ORDER AS TO JOSE TORRES (FILED UNDER SEAL) . Signed by Judge BRUCE W. KAUFFMAN on 5/14/04.5/20/04 Entered. (ke) (Entered: 05/20/2004) |
| 05/20/2004 | 29 | MOTION AND ORDER TO SEAL DOCUMENT [28] AS TO JOSE TORRES. (FILED UNDER SEAL). Signed by Judge BRUCE W. KAUFFMAN on 5/14/04.5/20/04 Entered. (ke) (Entered: 05/20/2004) |
| 05/20/2004 | 30 | Minute Entry for proceedings held before Judge BRUCE W. KAUFFMAN. Sentencing held on 5/14/04 for JOSE TORRES (1), Count(s) 1, 2-5, 6, 18 MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $600.00 SPECIAL ASSESSMENT.Court Reporter 5/14/04.(DT) (Entered: 05/21/2004) |
| 05/20/2004 | 31 | JUDGMENT OF 5/19/04 AS TO JOSE TORRES (1), Count(s) 1, 2-5, 6, 18 MONTHS IMPRISONMENT, 3 YEARS SUPERVISED RELEASE, $600.00 SPECIAL ASSESSMENT. SIGNED BY JUDGE BRUCE W. KAUFFMAN. 5/21/04 ENTERED. (DT) (Entered: 05/21/2004) |
| 05/20/2004 | | ***Case Terminated as to JOSE TORRES (dt, ) (Entered: 05/21/2004) |
| 05/26/2004 | 32 | Transcript of Sentencing as to JOSE TORRES held on 5/14/04 before Judge Bruce W. Kauffman. Court Reporter: M. Beck, Esr. (DT) (Entered: 05/26/2004) |
| 07/20/2004 | 33 | Judgment Returned Executed as to JOSE TORRES on 7/2/04. (DT) (Entered: 07/21/2004) |
| 01/23/2006 | 34 | Probation Jurisdiction Transferred to District of New Jersey as to JOSE TORRES Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jh, ) (Entered: 01/27/2006) |

1/27/2006 10:12